**E-filed 12/14/05**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| In re PayPal Litigation | Case No. CV-02-01227-JF (PVT) |
| | **ORDER DIRECTING REVIEW OF PROPOSED PLAN OF ALLOCATION FOR DISTRIBUTION OF THE LONG FORM FUNDS** |

Having reviewed and considered Class Counsel And Defense Counsel's Status Report To The Court Re Proposed Plan Of Allocation For Distribution Of The Long Form Funds From The Net Settlement Fund And Request For Direction Re Review Of The Plan, the Court hereby orders as follows.

///

///

///

///

///

///

///

1. The parties submit their proposed Long-Form plan of allocation to Magistrate Judge Infante for his recommendations to Class Counsel prior to notification to Class members and submission of the proposed Long-Form plan of allocation for approval to this Court.

**IT IS SO ORDERED.**

DATED: 12/14/05                    /s/electronic signature authorized
                                                          THE HONORABLE JEREMY FOGEL
                                                          UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER DIRECTING REVIEW OF PROPOSED PLAN OF ALLOCATION FOR
DISTRIBUTION OF THE LONG FORM FUNDS                                                                   2
Case No. CV-02-01227-JF (PVT)