**E-filed 2/22/06**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re PayPal Litigation | Case No. CV-02-01227-JF (PVT)<br><br>[~~PROPOSED~~]<br>**ORDER DIRECTING ELECTRONIC MAIL NOTICE TO LONG FORM CLAIMANTS AND PAYMENT OF CLAIMS ADMINISTRATION FEES, CLASS REPRESENTATIVES REIMBURSEMENT OF EXPENSES AND INCENTIVE AWARD, AND SPECIAL MASTER'S FEES** |

Having reviewed and considered Class Counsel's State Report To The Court Re Distribution Of The Long Form Funds From The Net Settlement Fund, Payment Of Claims Administration Fees And Expenses, Payment for Special Master's Services, And Payment Of Class Representative's Expenses and Incentive Award, the Court hereby orders as follows.

1.   The parties are directed to send the Long Form Notice (substantially in the form of Exhibit 3 to Class Counsel's February 13, 2006 submission to the Court) to all Long Form claimants by electronic mail no later than February 28, 2006;

2.   This Court will a hearing on March 24, 2006 at 9:00 a.m., to consider any comments from Long Form claimants, received on or before March 17, 2006.

[PROPOSED] ORDER DIRECTING ELECTRONIC MAIL NOTICE OF LONG FORM CLAIMANTS AND PAYMENT OF CLAIMS ADMINISTRATION FEES, CLASS REPRESENTATIVE REIMBURSEMENT OF EXPENSES AND INCENTIVE AWARD, AND SPECIAL MASTER'S FEES        1
Case No. CV-02-01227-JF (PVT)

3. Class Counsel are authorized to distribute an additional payment to the Claims Administrator, up to $25,000.

4. Class Counsel are authorized to distribute an incentive and expense award to named Plaintiff Roberta Toher in the amount of $2,887.00

5. Class Counsel are authorized to pay the JAMS invoice in the amount of $780 for the services rendered by the Special Master associated with his review and recommendation of the proposed long form plan of allocation.

**IT IS SO ORDERED.**

DATED:  2/21/06

THE HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER DIRECTING ELECTRONIC MAIL NOTICE OF LONG FORM CLAIMANTS AND PAYMENT OF CLAIMS ADMINISTRATION FEES, CLASS REPRESENTATIVE REIMBURSEMENT OF EXPENSES AND INCENTIVE AWARD, AND SPECIAL MASTER'S FEES
Case No. CV-02-01227-JF (PVT)

2